Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>Debtors. | Case No. 19-40057-JMM<br>Chapter 11<br><br>NOTICE OF DISCLOSURE STATEMENT HEARING |

YOU ARE HEREBY NOTIFIED that the Debtors in Possession have filed a proposed Disclosure Statement containing information concerning the Debtors in Possession, an explanation of the Plan of Reorganization, and a brief explanation of the business activities and financial information of the Debtors.

YOU ARE FURTHER NOTIFIED that a hearing to determine whether such statement contains adequate information as required by Section 1125 of Title 11 United States Code, will be held before the US Bankruptcy Judge Joseph M. Meier on the **12th day of August, 2019, at 10:00 a.m. at the Federal Building in Boise, Idaho located at 550 W. Fort St., Boise, Idaho 83702**. Written objections and/or proposed modifications to the Disclosure Statement must be filed not less than seven (7) days prior to the time set for hearing.

YOU ARE FURTHER NOTIFIED that a copy of the proposed Disclosure Statement accompanies this Notice and is on file with the Court and available to you for inspection.

NOTICE OF DISCLOSURE STATEMENT HEARING – PAGE 1
Matter: 13099-001

Requests for additional copies of the Disclosure Statement should be directed to: Matthew T. Christensen, Angstman Johnson, 199 N. Capitol Blvd, Ste 200, Boise, Idaho 83702.

YOU ARE FURTHER NOTIFIED that if the Disclosure Statement is approved by the Court, a copy of the Order will be provided to all parties in interest along with the proposed Plan(s) of reorganization.

YOU ARE FURTHER NOTIFIED that the hearing upon the adequacy of the Disclosure Statement may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

DATED this 3rd day of July, 2019.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3RD day of July, 2019, I filed the foregoing NOTICE OF DISCLOSURE STATEMENT HEARING electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Craig W. Christensen | cwc@racinelaw.net |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| J. Michael Keyes | keyes.mike@dorsey.com |
| Lesley Lueke | ecfidb@aldridgepite.com |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Chad R. Moody | chad@angstman.com |
| Steven T. Waterman | waterman.steven@dorsey.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
Matthew T. Christensen

NOTICE OF DISCLOSURE STATEMENT HEARING – PAGE 2
Matter: 13099-001