## CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  19-40057-JMM          Report Month/Year August 20 , 2019

Debtor      Timothy D Semones and Susan C Desko          (Period 7-1 to 7-31)

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|---|---|
| UST-2A | **Comparative Balance Sheet** | X | ❏ |
| UST-2B | **Comparative Income Statement** | X | ❏ |
| UST-2C | **Cash Receipts and Disbursements Statement** | X | ❏ |
| | **UST-2C Continuation Sheet for Each Account** | X | ❏ |
| | **Detailed List of Receipts and Disbursements for Each Account** | X | ❏ |
| | **Bank Statement for Each Account** | X | ❏ |
| | **Bank Reconciliation for Each Account** | X | ❏ |
| UST-2D | **Supplemental Information** | X | ❏ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  8 -16 -19

Name: Timothy D Semones

Signature: _____

Name: Susan C Desko

Signature: _____

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

| | | |
|---|---|---|
| Case No. | 19-40057-JMM | Report Month/Year    20-Aug-19 |
| Debtor | Timothy D Semones & Susan C Desko | (Period 7-1 to 7-31) |

| | Current Month | Petition Date |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash | $        205,083 | $        290,464 |
| Other Current Assets :(List) | | |
| Fidelity 401-K | 879 | 879 |
| Legal Retainer | 34,178 | 34,178 |
| Total Current Assets | 35,057 | 35,057 |
| | | |
| Other Assets: | | |
| 105 Madison Ave | 800,000 | 800,000 |
| Business Entities | 650,000 | 650,000 |
| Form 106 A/B Vehicles | 153,100 | 153,100 |
| Form 106 A/B Personal Items | 21,000 | 21,000 |
| Total Other Assets | 1,624,100 | 1,624,100 |
| | | |
| **TOTAL ASSETS** | $      1,864,241 | 1,949,621 |
| | | |
| **LIABILITIES** | | |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payables (List):    Angstman-Johnson Legal Fees | 21,698 | |
| | | |
| Total Post Petition Liabilities | 21,698 | 0 |
| | | |
| Pre Petition Liabilities: | | |
| Secured Debt | 595,642 | 595,642 |
| Unsecured Debt and Personal Guarantees | 4,427,353 | 4,042,531 |
| | | |
| Total Pre Petition Liabilities | 5,022,995 | 4,638,173 |
| | | |
| **TOTAL LIABILITIES** | 5,044,693 | 4,638,173 |
| | | |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | (2,856,899) | (2,472,077) |
| Retained Earnings - Prepetition | (158,810) | (158,810) |
| Retained Earnings - Post-petition | (164,743) | (57,665) |
| | | |
| **TOTAL OWNERS' EQUITY** | (3,180,453) | (2,688,552) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $      1,864,241 | $      1,949,621 |

*Explain any significant changes on Form UST-2D, Supplemental Information*

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

| | | |
|---|---|---|
| Case No. | 19-40057-JMM | Report Month/Year    August 20 2019 |
| Debtor | Timothy D Semones & Susan C Desko | (Period 7-1 to 7-31) |

| | Current Month | Total Post-Petition |
|---|---|---|
| **INCOME** | | |
| Est. Net Wages (Semones) | $ 0 | $ 12000 |
| Est. Net Wages (Desko) | 12500 | 48000 |
| Interest | 1013.35 | 2305.25 |
| Sale of Assets | | |
| Post-Petition Borrowing | | |
| Other:_____ | | |
| Other:_____ | | |
| **TOTAL INCOME** | $ 13513.35 | $ 62305.25 |
| | | |
| **EXPENSES** | | |
| Mortgage Payments 105 Madison Ave | 4511 | 27066 |
| Home Equity Payments 105 Madison Ave | 656.99 | 4598.93 |
| Other Secured Debt Payments | 0 | 0 |
| Personal Living Expenses - Utilities | 343.59 | 2325.51 |
| Personal Living Expenses - Groceries, Personal | 1219.89 | 7579.84 |
| Personal Living Expenses - Auto (Insurance, Gas, Maintenance) | 319.59 | 1667.55 |
| Personal Living Expenses - Health Insurance, Medical | 2634.02 | 7445.25 |
| Personal Living Expenses - Spending/Misc | 0 | 922.29 |
| 29 Lake Creek Construction Expenses | 24811.83 | 94780.42 |
| Professional Fees* | 2303 | 21698.22 |
| UST Quarterly Fees | 650 | 1300 |
| Other:_____ | | |
| **TOTAL EXPENSES** | $ 37449.91 | $ 169384.01 |
| | | |
| **NET INCOME** | $ -23936.56 | $ -107078.76 |

UST-2B
Non-Business
December 2017

### CHAPTER 11 MONTHLY OPERATING REPORT -
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

| Case No. | 19-40057-JMM | Report Month/Year | August 20 2019 |
|---|---|---|---|
| Debtor | Timothy D Semones & Susan C Desko | | (Period 7-1 to 7-31) |

| SUMMARY | | Current Month | | Total Post-Petition |
|---|---|---|---|---|
| Beginning cash balance, per Debtor's books (all acccounts) | $ | 226716.58 | $ | 290463.56 |
| Total cash receipts (from UST-2C continuation sheets) | | 13513.35 | | 62679.38 |
| Total cash disbursements from (UST-2C continuation sheets) | | 35146.91 | | 148059.92 |
| Net cash flow (Total cash receipts less total cash disbursements) | $ | -21633.56 | | -85380.54 |
| Ending cash balance, per Debtor's books (all accounts) | $ | 205083.02 | $ | 205083.02 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

## CHAPTER 11 MONTHLY OPERATING REPORT -
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.        19-40057-JMM                          Report Month/Year    August 20 2019
Debtor        Timothy D Semones & Susan C Desko                      (Period 7-1 to 7-31)

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Zion's Bank DIP
**Account number:**        x-8203

| | | | |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $ | 184665.14 |
| Add: | Transfers in from other estate bank accounts | | 0 |
| | Cash receipts deposited to this account | | 12500 |
| Subtract: | Transfers out to other estate bank accounts | | 0 |
| | **Cash disbursements** from this account | | 35146.91 |
| Adjustments, if any (explain) | | | |
| **Net cash flow** | | $ | -22646.91 |
| (receipts and transfers in less disbursements and transfers out) | | | |
| **Ending cash balance, per Debtor's books** | | $ | 162018.23 |
| (beginning balance plus net cash flow) | | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | X | ❑ |
| • Bank statement | X | ❑ |
| • Bank reconciliation | X | ❑ |

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: August 14, 2019
Last Statement: July 12, 2019

Primary Account ████ 8203

TIMOTHY DAVID SEMONES
SUSAN CAROLE DESKO
PO BOX 6496
KETCHUM ID 83340-6496

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

**zionsbank.com**

WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Anytime Checking | ████ 8203 | $119,409.40 | |

## ANYTIME CHECKING ████ 8203    600  0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 155,840.79 | 12,500.00 | 6,720.65 | 42,210.74 | 119,409.40 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 08/01 | 12,500.00 | DEPOSIT ████ 0744 |

### 5 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 07/23 | 656.99 | WELLS FARGO ECAR ECAR HOMEQ REF # ████ 2863 |
| 07/24 | 240.94 | PROG DIRECT INS INS PRE *******0 Tim REF # ████ 2830 |
| 07/31 | 123.41 | Electronic Payme IDAPOWER REF # ████ 6629 |
| 08/13 | 4,511.00 | WF HOME MTG AUTO PAY *******529 REF # ████ 7928 |
| 08/14 | 1,188.31 | SELECTHEALTH PAC *******33 REF # ████ 5243 |

### 6 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 120 | 07/16 | 3,395.06 | 122 | 08/08 | 19,814.89 | 125* | 08/09 | 15,855.75 |
| 121 | 07/17 | 1,256.16 | 123 | 08/13 | 650.00 | 127* | 08/13 | 1,238.88 |

*Not in check sequence*

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of Zions Bancorporation, N.A. Member FDIC



## An Easy Approach To Balancing Your Account

Page 2 of 4

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| | | STATEMENT BALANCE | |
|---|---|---|---|
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                                              *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS** As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

*Balance Subject to Interest Rate:* We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-8800.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*

**Visit us online at www.zionsbank.com**

Review account balances • Review posted transactions • Pay bills • Transfer funds

**Call 1-800-840-4999 to enroll today**

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

Page 3 of 4
August 14, 2019
TIMOTHY DAVID SEMONES
████ 8203

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/16 | 152,445.73 | 07/31 | 150,168.23 | 08/09 | 126,997.59 |
| 07/17 | 151,189.57 | 08/01 | 162,668.23 | 08/13 | 120,597.71 |
| 07/23 | 150,532.58 | 08/08 | 142,853.34 | 08/14 | 119,409.40 |
| 07/24 | 150,291.64 | | | | |

A division of Zions Bancorporation, N.A. Member FDIC

2:24 PM
08/16/19

**Tim Semones and Susan Desko Case 19-40057**
**Reconciliation Detail**
Zion's Bank DIP, Period Ending 08/14/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 155,840.79 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 07/16/2019 | 120 | Inphi Partners LLC | X | -3,395.06 | -3,395.06 |
| Check | 07/17/2019 | 121 | Inphi Partners LLC | X | -1,256.16 | -4,651.22 |
| Check | 07/23/2019 | | Wells Fargo Mortgage | X | -656.99 | -5,308.21 |
| Check | 07/24/2019 | | Progressive Insurance | X | -240.94 | -5,549.15 |
| Check | 07/31/2019 | 123 | Office of US Trustee | X | -650.00 | -6,199.15 |
| Check | 07/31/2019 | | Idaho Power | X | -123.41 | -6,322.56 |
| Check | 08/08/2019 | 122 | Inphi Partners LLC | X | -19,814.89 | -26,137.45 |
| Check | 08/08/2019 | 125 | Inphi Partners LLC | X | -15,855.75 | -41,993.20 |
| Check | 08/12/2019 | 127 | Atkinson's | X | -1,238.88 | -43,232.08 |
| Check | 08/13/2019 | | Wells Fargo Mortgage | X | -4,511.00 | -47,743.08 |
| Check | 08/14/2019 | | Select Health | X | -1,188.31 | -48,931.39 |
| Total Checks and Payments | | | | | -48,931.39 | -48,931.39 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 07/31/2019 | | | X | 12,500.00 | 12,500.00 |
| Total Deposits and Credits | | | | | 12,500.00 | 12,500.00 |
| Total Cleared Transactions | | | | | -36,431.39 | -36,431.39 |
| Cleared Balance | | | | | -36,431.39 | 119,409.40 |
| Register Balance as of 08/14/2019 | | | | | -36,431.39 | 119,409.40 |
| **Ending Balance** | | | | | **-36,431.39** | **119,409.40** |

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.        19-40057-JMM                    Report Month/Year   August 20 2019
Debtor    Timothy D Semones & Susan C Desko                        (Period 7-1 to 7-31)

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**      Wells Fargo Writ Accounts
**Account number:**              x-3550 Master Account

| | | | |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $  $ | 42,051.44 |
| Add: | Transfers in from other estate bank accounts | | 0 |
| | Cash receipts deposited to this account | $ | 1,013.35 |
| Subtract: | Transfers out to other estate bank accounts | | 0 |
| | **Cash disbursements** from this account | | 0 |
| Adjustments, if any (explain) | | | |
| | (Net Account interest, Bank Fees, Securities increases) | | |
| **Net cash flow** | | $ | 1013.35 |
| (receipts and transfers in less disbursements and transfers out) | | | |
| **Ending cash balance, per Debtor's books** | | $  $ | 43,064.79 |
| (beginning balance plus net cash flow) | | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ❏ | X |
| ● Bank statement | X | ❏ |
| ● Bank reconcilation | ❏ | X |

**WELLS FARGO**

# Your Portfolio by Wells Fargo overview

## Assets



| Account  (Account Number) | Balance this month ($) |
|---|---|
| Wells Fargo Prime Checking ████ 3550) | 20,347.32 |
| Wells Fargo Everyday Checking ████ 0013) | 8,183.65 |
| Wells Fargo® Preferred Checking ████ 1240) | 46.81 |
| Wells Fargo Everyday Checking ████ 1620) | 1,159.95 |
| Wells Fargo® At Work Checking ████ 2529) | 21.40 |
| Wells Fargo® High Yield Savings ████ 8054) | 307.27 |
| Standard Brokerage ✳ ████ 4325) | 2,693.39 |
| Standard Brokerage ✳ ████ 5310) | 10,305.00 |
| **Total assets** | **$43,064.79** |

✳ **Investment and Insurance Products are:**
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

## Liabilities

| Account  (Account Number) | Outstanding balance this month ($) |
|---|---|
| EquityLine with FlexAbility℠ ████ 1998) | 102,595.28 |
| Home Mortgage ████ 529) | 475,422.79 |
| **Total liabilities** | **$578,018.07** |

## Available credit

The information below may not be current.  Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| EquityLine with FlexAbility℠ ████ 1998) | 108,192.00 | 102,059.27 | 0.00 |
| **Total available credit** | **$108,192.00** | **$102,059.27** | **$0.00** |

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| Wells Fargo Prime Checking ████ 3550) | 0.86 | 5.85 |
| Wells Fargo® High Yield Savings ████ 8054) | 0.01 | 0.10 |
| Standard Brokerage ████ 4325) | 0.57 | 3.90 |
| Standard Brokerage ████ 5310) | 0.91 | 6.22 |
| **Total interest, dividends and other income** | **$2.35** | **$16.07** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| EquityLine with FlexAbility℠ ████ 1998) | 484.60 | 3,667.42 |
| Home Mortgage ████ 3529) | 1,988.99 | 14,090.44 |
| **Total interest expense** | **$2,473.59** | **$17,757.86** |

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

Case No. _____ 19-40057-JMM

Debtor _____ Timothy D Semones and Susan C Desko

Report Month/Year | August 20 2019
Period 7-1 to 7-31

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1 Unpaid post-petition taxes from prior reporting month | 2 Post-petition taxes accrued this month (new obligations) | 3 Post-petition tax payments made this reporting month | 4 Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: _____ | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: _____ | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other: _____ | | | | 0 |
| Total unpaid post-petition taxes | | | | 0 |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| Angstman Johnson | Legal | 0 | | 0 |
| | | | | |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | Safeco | | Jun-20 | |
| Vehicle | Progressive | | Aug-20 | |
| Other: | | | | |
| Other: | | | | |

*If any policies were renewed or replaaced during reporting period, attach new certificate of insurance.*

United States Trustee-District of Idaho

UST-2D
Page 1 of 2
December 2017

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

Case No._____ 19-40057-JMM

Debtor_____ Timothy D Semones and Susan C Desko

Report Month/Year  August 20 2019

Period 7-1 to 7-31

### Accounts Receivable Aging Summary (attach detailed aging report)

|                           | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---------------------------|-----------------|---------------|---------------|--------------|--------------------|
| Pre-petition receivables  |                 |               |               |              | 0                  |
| Post-petition receivables |                 |               |               |              | 0                  |
| Total                     | 0               | 0             | 0             | 0            | 0                  |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

|                | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|----------------|-----------------|---------------|---------------|--------------|--------------------|
| Trade Payables |                 |               |               |              | 0                  |
| Other Payables |                 |               |               |              | 0                  |
| Total          | 0               | 0             | 0             | 0            | 0                  |

### Personnel Changes

|                                            | Full-time | Part-time |
|--------------------------------------------|-----------|-----------|
| Number of employees at beginning of month  |           |           |
| Number of employees at end of month        |           |           |

### Other Information

|                                                                                                                                                                                                                                                                                                                                                                                          | Yes | No |
|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| **Payment of Pre-Petition Debts** Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.*                                                                                                                                                                        | ❏   | X  |
| **Sale of Assets** Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval.* | ❏   | X  |
| **Post-Petition Financing** Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.*                                                                                                                              | ❏   | X  |

### Narrative

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

Note that Wells Fargo accounts are still frozen from court writ.  Have sent court orders to Wells Fargo and expect them to be unfrozen and proceeds deposited to DIP account by next report.

## Tim Semones and Susan Desko Case 19-40057

# Profit & Loss

**July 2019**

| | 08/15/2019 |
|---|---|
| | Accrual Basis |
| | Jul 19 |

| | Jul 19 |
|---|---|
| **Income** | |
|     Account Interest | 1,013.35 |
|     Wages Susan Desko PC | 12,500.00 |
| **Total Income** | 13,513.35 |
| **Expense** | |
|     29 LC Construction Expenses | 24,811.83 |
|     Automotive | |
|         Insurance | 240.94 |
|         Registration | 78.65 |
|     **Total Automotive** | 319.59 |
|     Groceries | 1,219.89 |
|     Health and Medical | 2,634.02 |
|     HELOC WF 105 Madison Ave | 656.99 |
|     Legal Expenses | 2,303.00 |
|     Mortgage 105 Madison Ave | 4,511.00 |
|     US Trustee Bankrupcty Fees | 650.00 |
|     Utilities | 343.59 |
| **Total Expense** | 37,449.91 |
| **Net Income** | -23,936.56 |

## Tim Semones and Susan Desko Case 19-40057

# Profit & Loss

08/15/2019

### January 25 through July 31, 2019

Accrual Basis

| | Jan 25 - Jul 31, 19 |
|---|---|
| **Income** | |
| Account Interest | 2,305.25 |
| Wages SD Consulting | 12,000.00 |
| Wages Susan Desko PC | 48,000.00 |
| **Total Income** | 62,305.25 |
| **Expense** | |
| 29 LC Construction Expenses | 94,780.42 |
| Automotive | |
| Gasoline | 147.20 |
| Insurance | 1,441.70 |
| Registration | 78.65 |
| **Total Automotive** | 1,667.55 |
| Bank Fees | 101.86 |
| Groceries | 7,579.84 |
| Health and Medical | 7,445.25 |
| HELOC WF 105 Madison Ave | 4,598.93 |
| Legal Expenses | 21,698.22 |
| Mortgage 105 Madison Ave | 27,066.00 |
| Spending | 496.01 |
| Taxes | 324.42 |
| US Trustee Bankrupcty Fees | 1,300.00 |
| Utilities | 2,325.51 |
| **Total Expense** | 169,384.01 |
| **Net Income** | -107,078.76 |

## Tim Semones and Susan Desko Case 19-40057

# Statement of Cash Flows
08/15/2019

**July 2019**

|  | Jul 19 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -23,936.56 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accrued Legal Fees | 2,303.00 |
| Net cash provided by Operating Activities | -21,633.56 |
| Net cash increase for period | -21,633.56 |
| Cash at beginning of period | 226,716.58 |
| Cash at end of period | 205,083.02 |

Tim Semones and Susan Desko Case 1!                    4:27 PM

# Statement of Cash Flows

08/15/2019

January 25 through July 31, 2019

|  | Jan 25 - Jul 31, 19 |
| --- | --- |
| **OPERATING ACTIVITIES** | |
| Net Income | -107,078.76 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accrued Legal Fees | 21,698.22 |
| **Net cash provided by Operating Activities** | -85,380.54 |
| Net cash increase for period | -85,380.54 |
| Cash at beginning of period | 290,463.56 |
| Cash at end of period | 205,083.02 |

## Tim Semones and Susan Desko Case 19-40057

# Balance Sheet

As of January 25, 2019

Accrual Basis

| | Jan 25, 19 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Bank of West Checking | 31,222.50 |
|       Bank of West Money Market | 218,224.75 |
|       Wells Fargo Writ Accounts | 41,016.31 |
|     **Total Checking/Savings** | 290,463.56 |
|     **Other Current Assets** | |
|       Fidelity 401-K | 879.48 |
|       Legal Retainer | 34,178.00 |
|     **Total Other Current Assets** | 35,057.48 |
|   **Total Current Assets** | 325,521.04 |
|   **Other Assets** | |
|     105 Madison Ave | 800,000.00 |
|     **Business Entities** | |
|       Eta Compute Stock | 500,000.00 |
|       Inphi Partners | 100,000.00 |
|       Susan Desko PC | 50,000.00 |
|     **Total Business Entities** | 650,000.00 |
|     Form 106 A/B Part 2 Vehicles | 153,100.00 |
|     Form 106A/B Part 3 Personal | 21,000.00 |
|   **Total Other Assets** | 1,624,100.00 |
| **TOTAL ASSETS** | 1,949,621.04 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Long Term Liabilities** | |
|       **Secured Debt** | |
|         WF 105 Madison Ave 1st Mortgage | 486,916.00 |
|         WF 105 Madison Ave HLOC | 103,426.00 |
|         WF Auto Loan | 5,300.00 |
|       **Total Secured Debt** | 595,642.00 |
|       **Unsecured/Personal Guarantees** | |
|         Banatao Living Trust | 1,500,000.00 |
|         General Unsecured Debt | 321,531.00 |
|         United Bridge Capital | 2,221,000.00 |
|       **Total Unsecured/Personal Guarantees** | 4,042,531.00 |
|     **Total Long Term Liabilities** | 4,638,173.00 |
|   **Total Liabilities** | 4,638,173.00 |
|   **Equity** | |
|     Opening Balance Equity | -2,472,077.21 |
|     Retained Earnings | -158,810.05 |
|     Net Income | -57,664.70 |
|   **Total Equity** | -2,688,551.96 |
| **TOTAL LIABILITIES & EQUITY** | 1,949,621.04 |

## Tim Semones and Susan Desko Case 19-40057

# Balance Sheet

**As of July 31, 2019**

08/15/2019

Accrual Basis

| | Jul 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo Writ Accounts | 43,064.79 |
| Zion's Bank DIP | 162,018.23 |
| **Total Checking/Savings** | 205,083.02 |
| **Other Current Assets** | |
| Fidelity 401-K | 879.48 |
| Legal Retainer | 34,178.00 |
| **Total Other Current Assets** | 35,057.48 |
| **Total Current Assets** | 240,140.50 |
| **Other Assets** | |
| 105 Madison Ave | 800,000.00 |
| **Business Entities** | |
| Eta Compute Stock | 500,000.00 |
| Inphi Partners | 100,000.00 |
| Susan Desko PC | 50,000.00 |
| **Total Business Entities** | 650,000.00 |
| Form 106 A/B Part 2 Vehicles | 153,100.00 |
| Form 106A/B Part 3 Personal | 21,000.00 |
| **Total Other Assets** | 1,624,100.00 |
| **TOTAL ASSETS** | 1,864,240.50 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accrued Legal Fees | 21,698.22 |
| **Total Other Current Liabilities** | 21,698.22 |
| **Total Current Liabilities** | 21,698.22 |
| **Long Term Liabilities** | |
| **Secured Debt** | |
| WF 105 Madison Ave 1st Mortgage | 486,916.00 |
| WF 105 Madison Ave HLOC | 103,426.00 |
| WF Auto Loan | 5,300.00 |
| **Total Secured Debt** | 595,642.00 |
| **Unsecured/Personal Guarantees** | |
| Banatao Living Trust | 1,884,821.92 |
| General Unsecured Debt | 321,531.00 |
| United Bridge Capital | 2,221,000.00 |
| **Total Unsecured/Personal Guarantees** | 4,427,352.92 |
| **Total Long Term Liabilities** | 5,022,994.92 |
| **Total Liabilities** | 5,044,693.14 |
| **Equity** | |
| Opening Balance Equity | -2,856,899.13 |
| Retained Earnings | -158,810.05 |
| Net Income | -164,743.46 |
| **Total Equity** | -3,180,452.64 |
| **TOTAL LIABILITIES & EQUITY** | 1,864,240.50 |