UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>            Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

**ORDER APPROVING FIFTH AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF FOURTH AMENDED PLAN, COMBINED WITH NOTICE OF HEARING THEREOF**

The Debtors herein, Timothy D. Semones and Susan C. Desko, filed a Fifth Amended Disclosure Statement on December 15, 2020 (Docket No. 163 - the "Disclosure Statement"). The Debtors also filed a Fourth Amended Chapter 11 Plan of Reorganization on December 15, 2020 (Docket No. 162 - the "Plan"), which the Debtors are requesting the Court to confirm. Having determined that the Fifth Amended Disclosure Statement contains adequate information:

IT IS HEREBY ORDERED, and notice is hereby given that:

1. The Fifth Amended Disclosure Statement filed by the Debtors on December 15, 2020, is approved. The twelve-month projections attached to the Disclosure Statement as Exhibit C shall be deemed to be projections through the term of the Plan, with no significant year-over-year changes except as follows:

    a. The "Sale of Assets" identified in March of 2021 is anticipated to be a one-time event.; and

    b. While two, separate year-long projections are included in Exhibit C, and each is titled "12-Month Projection (w/ Semones income)," the second projection should be titled "12-Month Projection (w/o Semones income)" and is intended

    to show the anticipated projections, for the period of his incarceration, in the event Mr. Semones is incarcerated. Upon Mr. Semones' release from incarceration and the passing of three months time (i.e., the fourth month after his release), year-over-year projections would be those identified in the "12-Month Projection (w/ Semones income)," p. 64 of Dkt. No. 163.

2. On or before December 22, 2020, the Debtors shall serve a copy of this Order, the Fourth Amended Plan and the Fifth Amended Disclosure Statement, and a ballot for accepting or rejecting the Plan for reorganization on all creditors, United States Trustee, and other parties in interest as required by F.R.B.P. § 3017(d).

3. **January 21, 2021**, is fixed as the last day for filing written acceptances or rejections of the Plan by ballot ("Ballot Deadline"). All ballots must be returned to the plan proponent on or before the Ballot Deadline pursuant to Bankruptcy Rule 3018.1 at the following address:

> Matthew T. Christensen
> ANGSTMAN JOHNSON
> 199 N. Capitol Blvd, Ste 200
> Boise, ID 83702
> Fax: (208) 629-2157
> Email : mtc@angstman.com

4. **February 4, 2021, at 9:30 a.m.** is fixed for the hearing on confirmation of the Plan at the U.S. Bankruptcy Court, Federal Building, 550 W. Fort Street, Boise, lD 83724. At this time, it is anticipated that this will be a live Zoom hearing, but may become a live in-person hearing depending on the public health situation in Idaho at the time of the hearing.

5. **January 21, 2021**, is fixed as the last day for filing and serving, pursuant to F.R.B.P. 3020(b)(1), written objections to confirmation of the Plan and any objections must be

    sent to the U.S. Bankruptcy Court, 550 W. Fort Street, Boise, ID 83724 and to Matthew T. Christensen, counsel for the Debtor, 199 N. Capitol Blvd, Ste 200, Boise, ID 83702, and to the U.S. Trustee, 720 E. Park Blvd, Ste 220, Boise, ID, 83712.

6. In the event any party intends to present evidence through witnesses or exhibits at the confirmation hearing on February 4, 2021, that party shall file a witness list, exhibits list, and pre-confirmation memorandum (if applicable), no later than January 28, 2021. All witnesses and exhibits shall comply with any further order of this Court, including any order related to the Zoom hearing requirements.



DATED:  December 23, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:

Matthew T. Christensen
Attorney for Debtors in Possession

Approved as to form by:

    /s/ Jason Naess (approved via email)
Attorney for the Acting United States Trustee

Approved as to form and content by:

    /s/ Jesse A.P. Baker (approved via email)
Attorney for Wells Fargo Bank