Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com
       chad@angstman.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>              Debtors. | Case No. 19-40057-JMM<br>Chapter 11 |

**DEBTORS-IN-POSSESSION'S BALLOT SUMMARY**

Tim Semones and Susan Desko (the "Debtors"), the Debtors-in-Possession and the Plan proponents under the Fourth Amended Chapter 11 Plan, dated December 15, 2020 (Docket No. 163) (the "Amended Chapter 11 Plan"), by and through their counsel of record, Angstman Johnson, hereby submit this written summary of the ballots cast. Copies of the ballots received are attached hereto as **Exhibit A**.

This is a Chapter 11 case. Pursuant to 11 U.S.C. §1129, in order for a plan to be confirmed, each class of claims or interests must (A) accept as a class the plan, or (B) be an impaired class that is not discriminated against and treated fairly and equitably as a class. This form therefore

DEBTORS-IN-POSSESSION'S BALLOT SUMMARY – Page 1

notes each class that is not impaired under the plan.[1] This form further provides, for each impaired class, a summary of the ballots cast accepting and rejecting the plan.

## SUMMARY OF BALLOTS

| No. | Creditor Name | Class | Amount of Claim | Accept | Reject |
|---|---|---|---|---|---|
| 1 | American Express | 8 | $207,525.33 | X | |
| 2 | American Express | 8 | $12,945.82 | X | |
| 3 | Wells Fargo Bank | 1 | $486,875.35 | X | |
| 4 | Banatao Living Trust | 7 | $1,500,000.00 | X | |

Pursuant to 11 U.S.C. §1126(c), only the actual ballots cast on the Fourth Amended Plan are counted to determine whether a given class has accepted or rejected.[2] That section further provides that a class will have accepted the plan if voting creditors with allowed claims in such class holding at least two-thirds in amount and more than one-half in number have accepted the plan.[3] The form below tabulates the actual ballots received by the class, and for each such class, presents the Debtor's assertion of the percentage in number of class members holding allowed claims accepting the plan and the percentage of the dollar amount of the class members accepting the plan.

---

[1] A class that is not impaired is conclusively presumed to have accepted the plan under §1126(f).

[2] See 7 Collier on Bankruptcy §1126.04, §1129.02[8] (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2010).

[3] Section 1126(c) reads, in its entirety, as follows: "A class of claims has accepted a plan if such plan has been accepted by creditors, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan."

DEBTORS-IN-POSSESSION'S BALLOT SUMMARY – Page 2

| Class (per plan designation) | Class impaired? | Total ballots filed by members of class holding allowed claims; total amount ($) of ballots filed | Number of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots (in number) | Amount of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots (in amount) |
|---|---|---|---|---|---|---|
| 1 (secured) | Yes | 1 ($486,875.35) | (A) 1 (R) 0 | 100% | (A) $486,875.35 (R) $0.00 | (A) 100% (R) 0% |
| 2 (secured) | Yes | 0 | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | (A) 0% (R) 0% |
| 3 (secured) | No | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | (A) 0% (R) 0% |
| 4 (secured) | Yes | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | (A) 0% (R) 0% |
| 5 (secured) | Yes | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | (A) 0% (R) 0% |
| 6 (Unsecured) | Yes | 0 | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | (A) 0% (R) 0% |
| 7 (Unsecured) | Yes | 1 ($1,500,000) | (A) 1 (R) 0 | 100% | (A) $1,000,000.00 (R) $0.00 | (A) 100% (R) 0% |
| 8 (Unsecured) | Yes | 2 ($220,471.15) | (A) 2 (R) 0 | 100% | (A) $220,471.15 (R) $0.00 | (A) 100% (R) 0% |

In sum, then, all classes that voted unanimously accepted the Debtors' proposed Fourth Amended Plan.

DATED this 29th day of January, 2021.

                                        /s/ Matt Christensen
                                        MATTHEW T. CHRISTENSEN
                                        Attorney for Debtor

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of January, 2021, I filed the foregoing BALLOT SUMMARY electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Lesley Bohleber | ecfidb@aldridgepite.com |
| Craig W. Christensen | cwc@racinelaw.com |
| Matthew T. Christensen | mtc@angstman.com |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| Robert Glenn Harris | rob@bindermalter.com |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| J. Michael Keyes | keyes.mike@dorsey.com |
| Peter J. Kuhn | peter.j.kuhn@usdoj.gov |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad R. Moody | chad@angstman.com |
| David W. Newman | ustp.region18.bs.ecf@usdoj.gov |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Steven T. Waterman | waterman.steven@dorsey.com |

Any others as listed on the Court's ECF Notice.

        /s/ Matt Christensen
        Matthew T. Christensen

# EXHIBIT A

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 19-40057-JMM |
|---|---|
| TIMOTHY D. SEMONES and SUSAN C. DESKO, | Chapter 11 |
| Debtors. | |

## BALLOT FOR ACCEPTING OR REJECTING FOURTH AMENDED PLAN

The Debtors in Possession ("Debtors") filed a Fourth Amended Chapter 11 Plan of Reorganization dated the 15th day of December, 2020, (Docket No. 162 - the "Fourth Amended Plan"), in this case, along with a Fifth Amended Disclosure Statement filed on the 15th day of December, 2020, (Docket No. 163) with respect to the Fourth Amended Plan. The Fifth Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Fifth Amended Disclosure Statement is available to you with the Fourth Amended Plan. The approval of the Fifth Amended Disclosure Statement by the Court does not indicate approval of the Fourth Amended Plan by the Court.

You should review the Fifth Amended Disclosure Statement and Fourth Amended Plan before you vote. You may wish to seek legal advice concerning the Fourth Amended Plan and your classification and treatment under the Fourth Amended Plan. Your claim has been placed in a class described in the Fourth Amended Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

If your ballot is not received by Debtors' counsel on or before the date specified below, your vote will **not** count as either an acceptance or rejection of the Fourth Amended Plan.

If the Fourth Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the

BALLOT – PAGE 1

Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Bankruptcy Code.

## ACCEPTANCE OR REJECTION OF THE FOURTH AMENDED PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtors in the unpaid principal amount of $207,525.33 ,

Account Ending: 9000

(X) Accepts
( ) Rejects

the Fourth Amended Plan of the above-named Debtors.

Print or type name of business/individual: American Express National Bank
Signed: *Dawn S. Osman for*
By (if appropriate): Kenneth W. Kleppinger
Its (state nature of position, if appropriate): Attorney/Agent for creditor
Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 21, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT – PAGE 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

## BALLOT FOR ACCEPTING OR REJECTING FOURTH AMENDED PLAN

The Debtors in Possession ("Debtors") filed a Fourth Amended Chapter 11 Plan of Reorganization dated the 15th day of December, 2020, (Docket No. 162 - the "Fourth Amended Plan"), in this case, along with a Fifth Amended Disclosure Statement filed on the 15th day of December, 2020, (Docket No. 163) with respect to the Fourth Amended Plan. The Fifth Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Fifth Amended Disclosure Statement is available to you with the Fourth Amended Plan. The approval of the Fifth Amended Disclosure Statement by the Court does not indicate approval of the Fourth Amended Plan by the Court.

You should review the Fifth Amended Disclosure Statement and Fourth Amended Plan before you vote. You may wish to seek legal advice concerning the Fourth Amended Plan and your classification and treatment under the Fourth Amended Plan. Your claim has been placed in a class described in the Fourth Amended Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by Debtors' counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Fourth Amended Plan.**

**If the Fourth Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the**

BALLOT – PAGE 1

Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Bankruptcy Code.

## ACCEPTANCE OR REJECTION OF THE FOURTH AMENDED PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtors in the unpaid principal amount of $12,945.82 ,

Account Ending: 1008

(X) Accepts
( ) Rejects

the Fourth Amended Plan of the above-named Debtors.

Print or type name of business/individual: American Express National Bank
Signed: _Dawn S. Osman for_
By (if appropriate): Kenneth W. Kleppinger
Its (state nature of position, if appropriate): Attorney/Agent for creditor
Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 21, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT – PAGE 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>    Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

<b><u>BALLOT FOR ACCEPTING OR REJECTING FOURTH AMENDED PLAN</u></b>

  The Debtors in Possession ("Debtors") filed a Fourth Amended Chapter 11 Plan of Reorganization dated the 15th day of December, 2020, (Docket No. 162 - the "Fourth Amended Plan"), in this case, along with a Fifth Amended Disclosure Statement filed on the 15th day of December, 2020, (Docket No. 163) with respect to the Fourth Amended Plan. The Fifth Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Fifth Amended Disclosure Statement is available to you with the Fourth Amended Plan. The approval of the Fifth Amended Disclosure Statement by the Court does not indicate approval of the Fourth Amended Plan by the Court.

  You should review the Fifth Amended Disclosure Statement and Fourth Amended Plan before you vote. You may wish to seek legal advice concerning the Fourth Amended Plan and your classification and treatment under the Fourth Amended Plan. Your claim has been placed in a class described in the Fourth Amended Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

  **If your ballot is not received by Debtors' counsel on or before the date specified below, your vote will <u>not</u> count as either an acceptance or rejection of the Fourth Amended Plan.**

  **If the Fourth Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the**

BALLOT – PAGE 1

Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Bankruptcy Code.

### ACCEPTANCE OR REJECTION OF THE FOURTH AMENDED PLAN

The undersigned, an ( ) unsecured, (**XX**) secured creditor of the above-named Debtors in the unpaid principal amount of $486,875.35 (POC No.11),

( **XX** ) Accepts
( ) Rejects

the Fourth Amended Plan of the above-named Debtors.

| | |
|---|---|
| Print or type name of business/individual: | Wells Fargo Bank, N.A. |
| Signed: | /s/ Jesse A.P. Baker |
| By (if appropriate): | Jesse A.P. Baker / Aldridge Pite, LLP counsel For Class 1 Creditor. |
| Its (state nature of position, if appropriate): | **Class 1** |
| Address: | 4375 Jutland Drive, Suite 200 San Diego, CA 92117 |

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 21, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT – PAGE 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>                    Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

### BALLOT FOR ACCEPTING OR REJECTING FOURTH AMENDED PLAN

The Debtors in Possession ("Debtors") filed a Fourth Amended Chapter 11 Plan of Reorganization dated the 15th day of December, 2020, (Docket No. 162 - the "Fourth Amended Plan"), in this case, along with a Fifth Amended Disclosure Statement filed on the 15th day of December, 2020, (Docket No. 163) with respect to the Fourth Amended Plan. The Fifth Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Fifth Amended Disclosure Statement is available to you with the Fourth Amended Plan. The approval of the Fifth Amended Disclosure Statement by the Court does not indicate approval of the Fourth Amended Plan by the Court.

You should review the Fifth Amended Disclosure Statement and Fourth Amended Plan before you vote. You may wish to seek legal advice concerning the Fourth Amended Plan and your classification and treatment under the Fourth Amended Plan. Your claim has been placed in a class described in the Fourth Amended Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by Debtors' counsel on or before the date specified below, your vote will <u>not</u> count as either an acceptance or rejection of the Fourth Amended Plan.**

**If the Fourth Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the**

BALLOT – PAGE 1

Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Bankruptcy Code.

ACCEPTANCE OR REJECTION OF THE FOURTH AMENDED PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtors in the unpaid principal amount of $ 1,500,000.00;

(X) Accepts
( ) Rejects

the Fourth Amended Plan of the above-named Debtors.

Print or type name of business/individual: The Banatao Living Trust
Signed: [signature]
By (if appropriate): Diosdado Banatao
Its (state nature of position, if appropriate): Trustee
Address: 2420 Sand Hill Rd
Suite 201
Menlo Park, CA 94025

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 21, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT – PAGE 2