Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY SEMONES and SUSAN DESKO<br><br>Debtor. | Case No. 19-40057-JMM<br>Chapter 11 |

## REPORT OF SALE OF VEHICLES

The Debtors-in-Possession Tim Semones, ("Debtor"), files this Report of Sale of Vehicles pursuant to Bankruptcy Rule 6004(f)(1) and this Court's March 4, 2021 *Order Granting Motion for Sale of Vehicles* [Docket No. 197] authorizing the Debtor to sell vehicles of the Debtor free and clear of all Liens, Claims, Encumbrances and Interests. The Debtor sold the following vehicles (the "Vehicles"), more particularly described on the Debtors' schedules:

1. Porsche sold for $45,000 on or about March 12, 2021, to Tom Ellison, 11400 SE 6th Street, Suite 220, Bellevue WA 98004;

2. Hummer sold for $15,000 on or about March 12, 2021, to Tom Ellison, 11400 SE 6th Street, Suite 220, Bellevue WA 98004; and

3. Harley sold for $5,000 on or about March 12, 2021, to Tom Ellison, 11400 SE 6th Street, Suite 220, Bellevue WA 98004.

REPORT OF SALE OF VEHICLES – Page 1

The Debtor received a total of $65,000 in proceeds from the sale of the Vehicles which were deposited into the Debtor in Possession bank account. The Debtors know Mr. Ellison but are not related in any way to him. The sale proceeds will remain in the DIP account for distribution to unsecured creditors upon confirmation of the Debtors' Plan.

Mr. Semones certifies that this report is true and correct to the best of his knowledge.

DATED    3/19/2021.    _____
Timothy Semones

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of 3/19/2021, I filed the foregoing REPORT OF SALE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Lesley Bohleber | ecfidb@aldridgepite.com |
| Craig W. Christensen | cwc@racinelaw.com |
| Matthew T. Christensen | mtc@angstman.com |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| Robert Glenn Harris | rob@bindermalter.com |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| J. Michael Keyes | keyes.mike@dorsey.com |
| Peter J. Kuhn | peter.j.kuhn@usdoj.gov |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad R. Moody | chad@angstman.com |
| David W. Newman | ustp.region18.bs.ecf@usdoj.gov |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Steven T. Waterman | waterman.steven@dorsey.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
Matthew T. Christensen