UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In re:

TIMOTHY D. SEMONES and SUSAN C. DESKO,

Debtors.

Case No. 19-40057-JMM

### ORDER CONFIRMING FOURTH AMENDED CHAPTER 11 PLAN

The Fourth Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan" – Docket No. 162) filed by the Debtor on or about December 15, 2020, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129 have been satisfied;

IT IS HEREBY ORDERED that the Plan is confirmed.

IT IS FURTHER ORDERED that the terms of the Plan are modified as follows:

1. Claims of the creditors listed in Class No. 1 of the Plan (i.e., the Wells Fargo first deed of trust claims) shall be treated as outlined in the Claim Treatment Stipulation for Debtors' Chapter 11 Plan (Doc. 161 – the "Class 1 Stipulation"), a copy of which is attached to the Plan as Exhibit 1 and incorporated therein by reference.

2. Claims of the creditors listed in Class No. 2 of the Plan (i.e., the Wells Fargo second deed of trust claims) shall be treated as outlined in the Claim Treatment Stipulation under Chapter 11 Plan (Doc. 187 – the "Class 2 Stipulation").  The terms of the approved Plan are hereby modified as outlined in the Class 2 Stipulation.

IT IS FURTHER ORDERED that the 14-day stay imposed by Fed. R. Bankr. Proc. 3020(e) is hereby waived. The Debtors are authorized to make all payments under the plan immediately upon the entry of this order.



DATED:  April 6, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:
Matthew T. Christensen, attorney for the Debtor

Approved as to form by:

_____/s/ (email approval 4/2/21)_____
Jason R. Naess, attorney for the Acting U.S. Trustee

Approved as to form and content by:

_____/s/ (email approval 4/2/21)_____
Todd S. Garan, Attorney for Wells Fargo Bank (first lien)

Approved as to form and content by:

_____/s/ (email approval 4/2/21)_____
David Swartley, Attorney for Wells Fargo Bank (second lien)