**CHAPTER 11 POST-CONFIRMATION QUARTERLY REPORT**

| | |
|---|---|
| Case No | 19-40057 |
| Debtor | Timothy Semones and Susan Desko |
| For Quarter Ended | June 30 2021 |

**SUMMARY OF RECEIPTS AND DISBURSEMENTS DURING QUARTER:**

1. Cash balance, beginning of quarter — $ 68,433
2. Cash receipts during quarter from all sources — 25,200
3. Cash disbursements during quarter, including plan payments — ( 87,911 )
4. Cash balance, end of quarter (or as of report date for final report) — $ 5,722

**BREAKDOWN OF AMOUNTS DISBURSED:**

Disbursements for Operations — Paid During Quarter: $ 20380

**Disbursements under Confirmed Plan**

| | | Paid During Quarter | Total Paid to Date | Total Pymts. Projected Under Plan |
|---|---|---|---|---|
| 1. | ADMINISTRATIVE EXPENSES | | | |
| | Plan Trustee Fees/Expenses | $ 1031.53 | $ 1031.53 | $ 975 |
| | Other Professional Fees/Expenses | 0 | 0 | 3000 |
| | Other Administrative Expenses | | | |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 1031.53 | $ 1031.53 | $ 3975 |
| 2. | SECURED CREDITORS | $ | | |
| 3. | PRIORITY CREDITORS | $ | | |
| 4. | UNSECURED CREDITORS | $ 66500 | 66500 | 66500 |
| 5. | EQUITY SECURITY HOLDERS | $ | | |
| 6. | Other: | $ | | |
| | TOTAL PLAN PAYMENTS (lines 1 - 6) | $ 67531.53 | $ 67531.53 | $ 70475 |
| | TOTAL QUARTERLY DISBURSEMENTS | $ 87911 | | |

**PLAN STATUS:**                                                                 Yes  No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   X  ☐
2. Are all post-confirmation obligations current? (If no, attach explanation.)   X  ☐
3. Projected date of application for final decree: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Note: This 2Q2021 report is projected through June 2021 and actual through May 2021

Signature: _____ Reorganized Debtor

Date: 5-26-21    Signature: _____ Reorganized Debtor