Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
　　　　chad@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>　　　　　　　Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

**STATISTICAL REPORT FOR CLOSING
CONFIRMED CHAPTER 11 PROCEEDINGS**

　　　　The Debtors, by and through their counsel of record, ANGSTMAN JOHNSON, hereby submit this Statistical Report for Closing Confirmed Chapter 11 Proceedings, as follows:

　　　　1.　　100% Dividend to be paid.  The percentage dividend reported is that which is to be paid to the general class of unsecured creditors under the confirmed plan.  If the plan contemplates no payment to unsecured creditors, enter a "0" in dividend space.
　　　　2.　　　　$0.00　　Trustee Compensation
　　　　3.　　　　$0.00　　Fees for Attorney for Trustee
　　　　4.　　$71,080.22[1]　Fees for Attorney for Debtor
　　　　5.　　　　$0.00　　Other Professionals (accountant, bookkeeper, auctioneer, etc.)
　　　　6.　　　　$0.00　　All Expenses, including trustee's

---

[1] This amount includes all amounts in the still-pending final application for compensation, and includes all expenses for counsel.

STATISTICAL REPORT FOR CLOSING CONFIRMED CHAPTER 11
PROCEEDINGS – PAGE 1

Matter: 8664-002

Items 2 through 6 – please enter amounts of fees and expenses that were applied for and approved by the Court during the pendency of the case.

    7.    $4,767,780.81    Total of Secured Claims Allowed
    8.    $            0.00    Total of Priority Claims Allowed
    9.    $2,200,667.43    Total of Unsecured Claims Allowed

Items 7 through 9 should reflect the total amount allowed to each class of creditor, regardless of whether or not that particular class will be paid in full.

DATED this 28th day of May, 2021.

                                            /s/ Matt Christensen
                                        MATTHEW T. CHRISTENSEN
                                        Attorney for Debtors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2021, I filed the foregoing STATISTICAL REPORT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Lesley Bohleber | ecfidb@aldridgepite.com |
| Craig W. Christensen | cwc@racinelaw.com |
| Matthew T. Christensen | mtc@angstman.com |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| Robert Glenn Harris | rob@bindermalter.com |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| J. Michael Keyes | keyes.mike@dorsey.com |
| Peter J. Kuhn | peter.j.kuhn@usdoj.gov |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad R. Moody | chad@angstman.com |
| David W. Newman | ustp.region18.bs.ecf@usdoj.gov |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Steven T. Waterman | waterman.steven@dorsey.com |

Any others as listed on the Court's ECF Notice.

                                                /s/ Chad R. Moody
                                                Chad R. Moody