Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
        chad@angstman.com

Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:                                          | Case No. 19-40057-JMM |
|---|---|
| TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>            Debtors. | Chapter 11 |

> **Notice of Application for Fees/Costs for Counsel and Opportunity to Object and for a Hearing**
>
> **No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.  If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> **Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL– PAGE 1

Matter ID: 13099-001

## NOTICE OF APPLICATION FOR ALLOWANCE OF FEES/COSTS FOR COUNSEL

PLEASE TAKE NOTICE that Angstman Johnson, counsel of record for Debtors in Possession, Timothy D. Semones and Susan C. Desko, ("Debtors"), has filed a Final Application for Allowance of Fees and Costs for Counsel (Dkt. No. 206 - the "Application") requested fees and costs for Angstman Johnson in the total amount of $36,902.22 (which consists of new fee/cost requests of $15,800.00, and approval of previous requests in the amount of $21,102.22) Fees and costs are requested related to the following:

- **Case Administration** was necessary in order to discuss various items with the client and other parties as well as prepare and file required reports (MORs, 2015.3 reports).

- **Asset Disposition** was necessary in order to prepare and file a Report of Sale and motions for sale of vehicles.

- **Fee/Employment Applications** was necessary in order to seek court approval of payment of counsel's third interim application for fees and expenses.

- **Other Contested Matters** was necessary in order to represent the Debtor in a separate adversary proceeding. The proceeding was a non-dischargeability proceeding which Eta Compute, Inc., pursued against the debtors.

- **Claims Administration and Objections** was necessary in order to review claims filed and prepare and file objections to some.

- **Plan and Disclosure Statement** were necessary in order to prepare and present the Debtors' proposed Amended Plan and Disclosure Statements. The plan was ultimately confirmed over the objection of the United States Trustee.

The projects have allowed the Debtors to attend required meetings, prepare and file required reports, prepare and file proposed Amended Plan and Disclosure statement and amendments, participate in the adversary proceedings, and otherwise seek to progress their case towards confirmation. Each of these projects is complete.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 206, together with

NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL– PAGE 2

Matter ID: 13099-001

supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections of the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the Movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United State Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https//ecf.edb.uscourts.gov.

DATED this 28th day of May, 2021.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2021, I filed the foregoing NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jesse A. P. Baker | ecfidb@aldridgepite.com |
| Craig W. Christensen | cwc@racinelaw.net |
| Matthew T. Christensen | mtc@angstman.com |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| Robert G. Harris | rob@bindermalter.com |
| Andrew S. Jorgensen | andrew.jorgensen@usdoj.gov |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| J. Michel Keyes | keyes.mike@dorsey.com |
| Peter J. Kuhn | peter.j.kuhn@usdoj.gov |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad R. Moody | chad@angstman.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| David W. Newman | ustp.region18.bs.ecf@usdoj.gov |
| David M. Swartley | bknotice@mccarthyholthus.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Steven T. Waterman | waterman.steven@dorsey.com |

Any others as listed on the Court's ECF Notice


      /s/ Matt Christensen
Matthew T. Christensen