Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
chad@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 19-40057-JMM |
|---|---|
| TIMOTHY D. SEMONES and SUSAN C. DESKO, | Chapter 11 |
| Debtors. | |

**MOTION TO CLOSE CASE**

**Notice of Motion to Close Case and Opportunity to Object**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of this notice.  If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The Debtors, Tim Semones and Susan Desko, by and through their counsel of record, ANGSTMAN JOHNSON, move this Court under Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of an order closing the pending Chapter 11 Bankruptcy matter.

MOTION TO CLOSE CASE – Page 1

No discharge has been entered, but a Plan has been confirmed. This case has been fully administered and there are no pending actions before the Court.

DATED this 28th day of May, 2021.

                                                      /s/ Matt Christensen
                                                      MATTHEW T. CHRISTENSEN
                                                      Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2021, I filed the foregoing MOTION TO CLOSE CASE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Lesley Bohleber | ecfidb@aldridgepite.com |
| Craig W. Christensen | cwc@racinelaw.com |
| Matthew T. Christensen | mtc@angstman.com |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| Robert Glenn Harris | rob@bindermalter.com |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| J. Michael Keyes | keyes.mike@dorsey.com |
| Peter J. Kuhn | peter j.kuhn@usdoj.gov |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad R. Moody | chad@angstman.com |
| David W. Newman | ustp.region18.bs.ecf@usdoj.gov |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Steven T. Waterman | waterman.steven@dorsey.com |

Any others as listed on the Court's ECF Notice.

                                                      /s/ Matt Christensen
                                                      Matthew T. Christensen