Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>      Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May, 2021, I caused the following documents to be served via U.S. Mail, postage prepaid on the creditors as listed on the attached mailing matrix as follows: (1) Statistical Report for Closing Confirmed Chapter 11 Proceedings, (Docket No. 205); (2) Notice of Application for Allowance of Fees/Costs for Counsel, (Docket No. 207); and (3) Motion to Close Case, (Docket No. 208).

DATED this 28th day of May, 2021.

                /s/ Matt Christensen
                MATTHEW T. CHRISTENSEN
                Attorney for Debtors in Possession

CERTIFICATE OF SERVICE – PAGE 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2021, I filed the foregoing CERTIFICATE OF SERVICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| Craig W. Christensen | cwc@racinelaw.net |
| Matthew T. Christensen | mtc@angstman.com |
| Scott D. Goldsmith | goldsmith.scott@dorsey.com |
| Robert Glenn Harris | rob@bindermalter.com |
| Andrew Seth Jorgensen | andrew.jorgensen@usdoj.gov |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| J. Michael Keyes | keyes.mike@dorsey.com |
| Peter J. Kuhn | peter.j.kuhn@usdoj.gov |
| Edward B. Magarian | magarian.edward@dorsey.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad Moody | chad@angstman.com |
| Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| David Wayne Newman | ustp.region18.bs.ecf@usdoj.gov |
| David M. Swartley | bknotice@mccarthyholtus.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Steven T. Waterman | waterman.steven@dorsey.com |

/s/ Matt Christensen
Matthew T. Christensen

CERTIFICATE OF SERVICE – PAGE 2

```
Label Matrix for local noticing          ACTION COLLECTION SERVICES           AMERICAN EXPRESS
0976-8                                    2115 S VISTA AVE                    PO BOX 0001
Case 19-40057-JMM                         BOISE, ID 83705-3457                LOS ANGELES, CA 90096-8000
District of Idaho
Twin Falls
Fri May 28 10:51:27 MDT 2021

AMERICAN EXPRESS                          AMERICAN EXPRESS                    American Express National Bank
PO BOX 981537                             WORLD FINANCIAL CENTER              c/o Becket and Lee LLP
EL PASO, TX 79998-1537                    200 VESEY STREET                    PO Box 3001
                                          NEW YORK, NY 10285-1000             Malvern  PA 19355-0701


Andrew S. Pitt                            BANATAO LIVING TRUST                Jesse A.P. Baker
14308 S. Goss Rd                          c/o Desi Banatao                    Aldridge Pite, LLP
Cheney, WA 99004-8500                     Tallwood Venture Capital            4375 Jutland Drive, Suite 200
                                          325 Lytton Ave, Ste 4A              San Diego, CA 92117-3600
                                          Palo Alto, CA 94301-1446


Banatao Living Trust                      CAPITAL ONE                         CAPITAL ONE
2420 Sand Hill Road, Suite 201            PO BOX 30281                        PO BOX 60599
Menlo Park, CA 94025-6942                 SALT LAKE CITY, UT 84130-0281       CITY OF INDUSTRY, CA 91716-0599


Capital One Bank (USA), N.A.              Matthew Todd Christensen            Susan C. Desko
by American InfoSource as agent           Angstman Johnson, PLLC              PO Box 6496
PO Box 71083                              199 N. Capitol Blvd., Ste. 200      Ketchum, ID 83340-6496
Charlotte, NC  28272-1083                 Boise, ID 83702-6197


Eta Compute, Inc.                         Eta Compute, Inc.                   Scott D Goldsmith
310 North Westlake Blvd, #110             310 N. Westlake Blvd, #110          Scott D. Goldsmith
Westlake Village, CA 91362-3790           Westlake Village, CA 91362-3790     600 Anton Blvd, Ste 2000
                                                                              Costa Mesa, CA 92626-7655


Robert Glenn Harris                       Idaho State Tax Commission          Inphi Partners, LLC
Binder & Malter                           PO Box 36                           PO Box 6496
2775 Park Ave                             Boise, ID 83722-0410                KETCHUM, ID 83340-6496
Santa Clara, CA 95050-6004


Internal Revenue Service                  J. Michael Keyes                    Andrew Seth Jorgensen
550 W. Fort St., MSC041                   Dorsey   Whitney LLP                Office of the U.S. Trustee
Boise, ID 83724-0041                      701 5th Ave, Ste 6100               720 Park Blvd., Ste. 220
                                          SEATTLE, WA 98104-7043              Boise, ID 83712-7785


Amber K. Kauffman                         J Michael Keyes                     Peter J Kuhn
Office of the Attorney General            Dorsey & Whitney LLP                United States Department of Justice
Idaho State Tax Commission                701 5th Avenue                      405 South Main Street, Suite 300
P.O. Box 36                               Suite 6100                          Salt Lake City, UT 84111-3402
Boise, ID 83722-0036                      Seattle, WA 98104-7043


Jed W. Manwaring                          Chad Moody                          Jason Ronald Naess
Evans Keane LLP                           Angstman Johnson                    OFFICE OF THE US TRUSTEE US DEPT
 1161 W. River St.                        199 N. Capitol Blvd., Ste. 200      720 Park Blvd, Ste 220
Suite 100                                 Boise, ID 83702-6197                Boise, ID 83712-7785
PO Box 959
Boise, ID 83701-0959
```

| | | |
|---|---|---|
| David Wayne Newman<br>OFFICE OF THE US TRUSTEE US DEPT<br>405 South Main Street, Suite 300<br>Salt Lake City, UT 84111-3402 | STAPLEY ENGINEERING, PA<br>8701 W HACKAMORE DRIVE<br>BOISE, ID 83709-1669 | Timothy D. Semones<br>PO Box 6496<br>Ketchum, ID 83340-6496 |
| Steve T Waterman<br>DORSEY and WHITNEY LLP<br>111 South Main St, 21st Floor<br>Salt Lake City, UT 84111-2176 | David M Swartley<br>McCarthy & Holthus, LLP<br>702 W. Idaho, Suite 1100<br>Boise, ID 83702-8902 | UNITED BRIDGE CAPITAL<br>333 Las Olas Way, CU2<br>Fort Lauderdale, FL 33301-2363 |
| US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 | WELLS FARGO<br>PO BOX 14411<br>DES MOINES, IA 50306-3411 | WELLS FARGO<br>PO BOX 29482<br>PHOENIX, AZ 85038-9482 |
| WELLS FARGO<br>PO BOX 5169<br>SIOUX FALLS, SD 57117-5169 | WELLS FARGO AUTO FINANCE<br>PO BOX 25341<br>SANTA ANA, CA 92799-5341 | WELLS FARGO AUTO FINANCE<br>PO BOX 29704<br>PHOENIX, AZ 85038-9704 |
| WELLS FARGO BANK<br>PO BOX 3117<br>WINSTON SALEM, NC 27102-3117 | WELLS FARGO CREDIT CARD<br>PO BOX 51193<br>LOS ANGELES, CA 90051-5493 | WELLS FARGO DEALER SERVICES<br>PO BOX 1697<br>WINTERVILLE, NC 28590-1697 |
| WELLS FARGO HOME EQUITY<br>PO BOX 10335<br>DES MOINES, IA 50306-0335 | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES, IA 50306-0335 | Steven Waterman<br>Dorsey & Whitney, LLP<br>111 South Main St, 21st Floor<br>Salt Lake City, UT 84111-2176 |
| Steven T Waterman<br>Dorsey & Whitney LLP<br>111 So. Main St., 21st Floor<br>Salt Lake City, UT 84111-2176 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000 Raleigh, NC 27605 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix AZ 85038-9482 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Bank, N.A.<br>c/o McCarthy & Holthus, LLP<br>702 W. Idaho St., Suite 1100<br>Boise, ID 83702-8902 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Idaho State Tax Commission        (u)Wells Fargo Bank, N.A.      End of Label Matrix
P.O. Box 36                                                         Mailable recipients   55
Boise, ID 83722-0410                                                Bypassed recipients    2
                                                                    Total                 57
```