UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and<br>SUSAN C. DESKO,<br><br>Debtors. | Case No. 19-40057-JMM<br><br>Chapter 11 |

**ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR COUNSEL**

The Final Application for Allowance of Fees and Expenses for Counsel filed on May 28, 2021, (Docket No. 206) having come before the Court; the Court having reviewed the Application and the full itemization of fees and costs, no objection to the Application having been filed or heard, and good cause appearing therefore;

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Application is approved with the adjustments described below, and Debtors' attorney, Angstman Johnson, is granted approval for payment for fees in the amount of $13,082.00, and costs in the amount of $43.50, for a total payment in the amount of $13,125.50.  The Court is not approving additional attorney fees requested in the amount of $350.00  an hour but rather has approved fees at 37.8 hours at $285.00 an hour for Matt Christensen that total for his portion the sum of $10,773 as opposed to $13,082. The balance of the fees and costs are approved.  The denial of $2,457.00 in attorney  fees is without prejudice to Applicant establishing allowability of a higher rate at a later hearing.

IT IS FURTHER ORDERED AND THIS DOES ORDER that counsel has requested additional compensation for the previously-reduced rates for counsel in the amount of $3,848.00.

The Court will require counsel present additional evidence supporting the increased fee amounts and therefore denies the request for $3,848.00 without prejudice.

Further, all previous compensation applications are now confirmed pursuant to 11 U.S.C. §330, and the Debtor is authorized to pay all outstanding fee requests as outlined in their confirmed Chapter 11 Plan.

DATED:  June 29, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The court altered language from that proposed in the submitted order.

Order submitted by:

Matthew T. Christensen
Attorney for Debtors in Possession