# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY D. SEMONES and SUSAN C. DESKO,<br><br>Debtor. | Case No. 19-40057-JMM<br><br>Chapter 11 |

## ORDER CLOSING CHAPTER 11 CASE

This matter having come before the Court based upon the Debtors-in-Possession's Motion to Close Case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure filed May 28, 2021, (Docket No. 208); the Court having reviewed the Motion and no objection to the Motion having been filed, and good cause appearing therefore;

IT IS HEREBY ORDERED that this Chapter 11 bankruptcy proceeding is closed.

DATED: June 29, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:

Matthew T. Christensen
Attorney for Debtors